**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2085**

In re:  DAVID L. TURNER,

      Petitioner.

On Petition for Writ of Mandamus
(No. 5:19-cv-00068-MR)

Submitted:  December 17, 2020                    Decided:  December 21, 2020

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Petition denied by unpublished per curiam opinion.

David L. Turner, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David L. Turner petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2254 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court recently took significant action on Turner's § 2254 petition. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*